**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JOSE E. ORTIZ,**

        **Petitioner,**

   **vs.**                              **Civil Action 2:06-CV-777**
                                           **Judge Smith**
                                           **Magistrate Judge King**

**STATE OF OHIO,**

        **Respondent.**


## ORDER

        Petitioner has moved to reconsider the Magistrate Judge's Order directing the respondent to respond to the petition. Doc. No. 4. Because the Magistrate Judge's Order is neither clearly erroneous nor contrary to law, 28 U.S.C. §636(b), petitioner's motion to reconsider is **DENIED**.


                                                                                    <u>s/George C. Smith</u>
                                                                        George C. Smith, Judge
                                                              United States District Court